AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 13, 2020**

SEAN F. McAVOY, CLERK

MICHAEL T.,

_____
*Plaintiff*

v.

ANDREW M. SAUL,
the Commissioner of Social Security,

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.   4: 19-CV-5103-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 13, is GRANTED.
The Commissioner's Motion for Summary Judgment, ECF No. 14, is DENIED.
The matter is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings pursuant to
sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____EDWARD F. SHEA_____ on a motion for
summary judgment.

Date:  _5/13/2020_____

*CLERK OF COURT*

_SEAN F. McAVOY_____

_s/ Tonia Ramirez_____
*(By) Deputy Clerk*

_Tonia Ramirez_____